SAMUEL GOLDSTEIN, Respondent, v. JULIUS E. SCHICK and J. E. SCHICK & Co., INC., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

HARRY HANSEN, Respondent, v. CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The questions certified are: 1. Does the complaint state facts sufficient to constitute a cause of action? 2. Does section 109 of the Insurance Law of this State apply to the contract of insurance on which the cause of action set forth in the complaint is based — a copy of the policy being annexed to the complaint? Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. [See 237 App. Div. 905.]

JOHN W. HAVECKER, an Infant, by HENRY HAVECKER, His Guardian ad Litem, and HENRY HAVECKER, Individually, Appellants, v. EDWARD WEISS, Respondent. — Motion to resettle the order of this court dated December 30, 1932, denied. The court, however, on its own motion, resettles the order so as to provide that the judgment be reversed on the law and that the order denying plaintiffs' motion for a new trial be reversed on the law and the facts. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ. [See 237 App. Div. 856.]

In the Matter of the Petition of GRACE CINA to Prove the Last Will and Testament of SAM CINA, Late of the County of Queens, Deceased. ANNA C. MALTESE and Others, Appellants; GRACE CINA, Respondent.— Motion for reargument of motion for stay of trial denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application and Petition of THE CITY OF NEW YORK to Acquire Certain Real Estate at Mohansic Lake and Little Mohansic Lake, in the Town of Yorktown, Westchester County, New York, etc., for the Sanitary Protection of the Water Supply of the City of New York. THE CITY OF NEW YORK, Appellant; SARAH PERCY and EMELIE MAILLOT, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Estate of SAM MINDLIN, Deceased. MAX MINDLIN and CHARLES S. MINDLIN, Appellants; ESTHER MINDLIN, as Administratrix, etc., of SAM MINDLIN, Deceased, Respondent.— Motion for reargument of appeal denied, with ten dollars costs. Motion for reargument of motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ISRAEL A. NEEDLEMAN, an Attorney and Counselor at Law.— Matter referred to Honorable Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. THOMAS, an Attorney and Counselor at Law.—A sufficiently clear case has not been made out to warrant this court in entertaining charges. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

SALLY G. JOSEPHSON, Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.